**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2349**

RONNIE G. ARNOLD,

        Plaintiff - Appellant,

    v.

FOLA COAL COMPANY, LLC, a West Virginia corporation; and
CONSOL ENERGY, INC., a Delaware corporation,

        Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Joseph R. Goodwin,
Chief District Judge.  (2:10-cv-00908)

Submitted:  July 19, 2012          Decided:  July 25, 2012

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wayne King, LAW OFFICE OF WAYNE KING, Clay, West Virginia, for
Appellant.   Bryan R. Cokeley, Joseph U. Leonoro, STEPTOE &
JOHNSON PLLC, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie G. Arnold appeals the district court's order granting Defendants' summary judgment motion on his age discrimination claim, brought pursuant to the West Virginia Human Rights Act, W. Va. Code Ann. §§ 5-11-1 to 5-11-20 (LexisNexis 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Arnold v. Fola Coal Co., LLC, No. 2:10-cv-00908 (S.D. W. Va. Nov. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED